1

2

3

4

5

6

7

8

9

10

11

12

13

14

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

VAFA SHAMSAI-NEJAD,              )

                       )    Case   No.    2:12-CV-00422-JCM-CWH

         Plaintiff,     )

                       )

vs.                     )

                     )    **<u>ORDER</u>**

                     )

TEAMSTERS UNION, *et al.*,     )

                     )

         Defendants.    )

_____)

15       Presently is the report and recommendation of Magistrate Judge Carl W. Hoffman

16  regarding plaintiff's motion for leave to proceed in forma pauperis.  Doc. #4.  No objections have

17  been filed.

18       This court "may accept, reject, or modify, in whole or in part, the findings or

19  recommendations made by the magistrate."  28 U.S.C. § 636(b)(1).  Where a party timely objects

20  to a magistrate judge's report and recommendation, then the court is required to "make a de novo

21  determination of those portions of the [report and recommendation] to which objection is made."

22  28 U.S.C. § 636(b)(1).

23       Where a party fails to object, however, the court is not required to conduct "any review at

24  all . . . of any issue that is not the subject of an objection."  *Thomas v. Arn*, 474 U.S. 140, 149

25  (1985).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a

26  magistrate judge's report and recommendation where no objections have been filed.  *See United*

27  *States v. Reyna–Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review

28  employed by the district court when reviewing a report and recommendation to which no

**James C. Mahan**
**U.S. District Judge**

1   objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz.

2   2003) (reading the Ninth Circuit's decision in *Reyna–Tapia* as adopting the view that district

3   courts are not required to review "any issue that is not the subject of an objection.").  Thus, if

4   there is no objection to a magistrate judge's recommendation, then this court may accept the

5   recommendation without review.  *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting,

6   without review, a magistrate judge's recommendation to which no objection was filed).

7          Nevertheless, this court finds it appropriate to engage in a de novo review to determine

8   whether to adopt the recommendation of the magistrate judge.  Upon reviewing the

9   recommendation and underlying briefs, this court finds good cause appears to ADOPT the

10   magistrate's findings in full.

11          Therefore,

12          IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the report and

13   recommendation of Magistrate Judge Hoffman (doc. #4) be, and the same hereby is, ADOPTED

14   in its entirety.

15          IT IS THEREFORE ORDERED that the clerk of the court shall file plaintiff's complaint.

16          IT IS FURTHER ORDERED that the complaint be, and the same hereby is,

17   DISMISSED.

18          DATED this 13TH day of August, 2012.

19

20

21                                          UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

**James C. Mahan
U.S. District Judge**                                          - 2 -